# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| Benjamin N. Schwartz, individually, and on behalf of a class of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>Checkredi of Alabama, LLC, Checkredi of Lexington, LLC, and Checkredi of Kentucky, LLC,<br><br>    Defendants. | Case No.: 5:16-cv-00332-MHH |

## ORDER

In accordance with the parties' joint stipulation of dismissal (Doc. 38), filed November 2, 2016, the Court dismisses this action without prejudice as to defendants Checkredi of Lexington, LLC and Checkredi of Kentucky, LLC only. The Court **DENIES** these defendants' motions for summary judgment as **MOOT**. (Docs. 27, 28). The parties are to bear their own costs, expenses, and attorney's fees. The case shall proceed against Checkredi of Alabama, LLC.

**DONE** and **ORDERED** this November 3, 2016.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE