IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BENJAMIN N. SCHWARTZ, ET AL., ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| V. ) | CASE NO: 5:16-cv-00332-MHH |
| ) | |
| CHECKREDI OF ALABAMA, LLC, ) | CLASS ACTION |
| ET AL., ) | |
| ) | *UNOPPOSED MOTION* |
| DEFENDANTS. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS**

Plaintiff Benjamin N. Schwartz respectfully submits the above-styled unopposed motion and requests the following:

1. That the Court enter the attached proposed Order (attached as Exhibit A) that preliminarily approves the proposed Settlement Agreement (attached as Exhibit B) and directs the parties to carry out their obligations pursuant to the Settlement Agreement. As part of the Settlement Agreement, the parties have agreed to the proposed Order. Italicized terms in this Motion shall, unless otherwise defined herein, have the same meaning as in the Settlement Agreement.

2. That the Court appoint Benjamin N. Schwartz as class representative and appoint Micah S. Adkins of The Adkins Firm, P.C., and David L. Selby II and James L. Kauffman of Bailey & Glasser, LLP, as class counsel for settlement purposes. (Exhibit C, *Declaration of Micah S. Adkins*).

3. That, the Court conditionally certify the following class for settlement purposes:

All Persons of the United States, Commonwealth of Puerto Rico, U.S. Virgin

Islands, and Guam who meet at least one of the following definitions or sub-classes:

    a. <u>FDCPA Class</u>: All Persons, within the Class Period who resided in Alabama, and Checkredi collected a bad check fee in excess of the fee ($30.00) allowed by law.

    b. <u>EFTA Class</u>: All Persons, within the Class Period who resided in Alabama and Checkredi allegedly initiated an electronic debit from their consumer bank account without prior authorization.

Excluded from the Settlement Class are all state, local or federal governments, bodies or agencies; the District Court Judge and Magistrate Judge to whom the lawsuit is assigned and any member of their staffs and immediate families; and all Persons or entities who validly request exclusion from the Settlement Class. Further, two or more members of the Class jointly obligated on the same debt shall be treated as a single member of the Settlement Class. The settlement Class Period runs from one year prior to filing of the lawsuit (i.e. February 25, 2015) through, and including, the date of Preliminary Approval.

    4.    That the Court adopt the following proposed schedule, the Court's calendar permitting, for completion of remaining tasks:

*Class Notice mailed to Class Members:* Thirty (30) days after entry of the proposed Preliminary Approval Order.

*Plaintiff's Motions/Applications for Attorney Fee/Litigation Cost and Class Representative Awards:* Forty-two (42) days before Final Hearing.

*Class Member Objection/Opt-out Deadline:* Twenty-eight (28) days before Court Approval Hearing.

*Motion for Final Approval:* Fourteen (14) days prior to Court Approval Hearing.

*Other Submissions by Plaintiff's or Defendant:* Fourteen (14) days before Court Approval Hearing.

*Final Hearing:* Approximately one hundred twenty (120) days after entry of the proposed Preliminary Approval Order.

    5.    Prior to filing this Motion, Plaintiff conferred with counsel for Defendant, and

Plaintiff is authorized to state that Defendant does not oppose the relief sought by — *i.e.*, the entry of the Preliminary Approval Order in the form attached hereto as Exhibit A.

6. Grounds for this motion are set forth in the accompanying Memorandum.

7. Attached to this Motion are the following exhibits:

Exhibit  A:   Proposed Preliminary Approval Order;

Exhibit  B:   Settlement Agreement with Exhibits; and

Exhibit  C:   Declaration of Micah S. Adkins.

Dated: June 25, 2017

        Respectfully submitted,

        */s/ Micah S. Adkins*
        Micah S. Adkins (ASB-8639-I48A)
        **THE ADKINS FIRM, P.C.**
        2 Perimeter Park South, Suite 405 E
        Birmingham, AL  35243
        Telephone:    (205) 206-6718
        Facsimile:    (205) 208-9632
        Email: MicahAdkins@ItsYourCreditReport.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2017, a copy of the foregoing document was filed electronically using the CMECF System, which will send electronic notification of the same to the following counsel of record:

Neal Moore, III
Tina Lam
Ferguson, Frost, Moore & Young, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama 35242

                                  **/s/ Micah S. Adkins**
                                  Micah S. Adkins